# Tab 1

# Katie M. Stewart

| | |
|---|---|
| **From:** | SCHWARTZ Sofiya <sofiya.schwartz@keoliscs.com> |
| **Sent:** | Friday, January 16, 2015 8:04 AM |
| **To:** | romanswtz@gmail.com |
| **Subject:** | Fwd: Supplement Life |

Sent from my iPhone

Begin forwarded message:

> **From:** SCHAFFER Jill <Jill.Schaffer@keoliscs.com>
> **Date:** January 16, 2015 at 8:01:33 AM EST
> **To:** SCHWARTZ Sofiya <sofiya.schwartz@keoliscs.com>
> **Subject: RE: Supplement Life**
>
> Hi Sofiya,
>
> The 82.86 deduction is correct for the four times your salary.   Thank you and Take care.
>
> **Jill Schaffer**
> *Benefits and Leave Specialist*
> <image001.jpg>
> 470 Atlantic Avenue, 5th Floor
> Boston, MA 02210
> Phone: 617-222-8068
> Fax:     617-222-8552
>
> **From:** SCHWARTZ Sofiya
> **Sent:** Thursday, January 15, 2015 4:22 PM
> **To:** SCHAFFER Jill
> **Subject:** Supplement Life
>
> Hello Jill,
> During enrollment I marked for 4 times supplemental life insurance.
> I got my check today and saw supp life 82.86
> I think this too small for what I enrolled.
> Please confirm. Thank you.
>
> Sofiya Schwartz
> IT Department
> Keolis Customer Services

CONFIDENTIALITY NOTICE: This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon,

1

this information by persons or entities other than the intended recipient is prohibited. If you received this by mistake, please contact the sender immediately.